UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON PAUL WALKER,<br><br>   Plaintiff,<br><br>   vs.<br><br>DAVIS, et al.,<br><br>   Defendants. | 1:20-cv-00879-AWI-GSA-PC<br><br>**FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS CASE BE DISMISSED, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM AND FAILURE TO COMPLY WITH THE COURT'S ORDER**<br>**(ECF No. 8.)**<br><br>**OBJECTIONS, IF ANY, DUE IN FOURTEEN (14) DAYS** |

Aaron Paul Walker ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on June 25, 2020.  (ECF No. 1.)  On September 28, 2021, the court issued an order dismissing the Complaint for failure to state a claim, with leave to amend within thirty days.  (ECF No. 8.) The thirty-day deadline has now expired and Plaintiff has not filed an amended complaint or otherwise responded to the court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, **IT IS HEREBY RECOMMENDED** that:

1. Pursuant to 28 U.S.C. § 1915A, this case be DISMISSED, with prejudice, based on Plaintiff's failure to comply with the court's order and failure to state a claim upon which relief may be granted under § 1983; and

  2.  The Clerk of Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  **Within fourteen (14) days** from the date of service of these findings and recommendations, Plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  <u>Wilkerson v. Wheeler</u>, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing <u>Baxter v. Sullivan</u>, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

 Dated: __**November 30, 2021**__     ____**/s/ Gary S. Austin**
                  UNITED STATES MAGISTRATE JUDGE