UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON PAUL WALKER,<br><br>        **Plaintiff,**<br><br>        v.<br><br>DAVIS, et al.,<br><br>        **Defendants.** | CASE NO. 1:20-cv-00879-AWI-GSA (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CASE WITH PREJUDICE**<br><br>(Doc. No. 9) |

    Plaintiff Aaron Paul Walker is a state prisoner proceeding pro se with this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

    On December 1, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this case be dismissed with prejudice for Plaintiff's failure to state a claim and failure to comply with a court order. Doc. No. 9. The pending findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days from the date of service. Id. To date, no objections to the findings and recommendations have been filed with the Court, and the time in which to do so has now passed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

///

///

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 9) that were issued on December 1, 2021, are ADOPTED in full;
2. This case is DISMISSED, with prejudice, for Plaintiff's failure to state a claim and failure to comply with a court order; and
3. The Clerk is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: January 5, 2022

SENIOR DISTRICT JUDGE